FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. ELH 19 0160 |
| DEMETRIOS STAVRAKIS, | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, Judson T. Mihok, Assistant United States Attorney's for said District, moves this Honorable Court for an Order unsealing the indictment for the above-captioned case as the arrest warrant has been executed, so there is no longer a concern that the Defendant named herein will flee to avoid prosecution.

Respectfully Submitted,

Robert K. Hur
United States Attorney

_____
Judson T. Mihok
Assistant United States Attorney

ORDERED, this __3__ _RD_ day of April, 2019 that the indictment be UNSEALED.

_____
Beth P. Gesner
United States Chief Magistrate Judge