# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   CRIMINAL NO. ELH-19-0160 |
| v. | * |
| | * |
| **DEMETRIOS STAVRAKIS** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Steven H. Levin as retained counsel for defendant Demetrios Stavrakis.

Respectfully Submitted,

\_\_\_/s/_____
Steven H. Levin (Federal Bar No. 28750)
Rosenberg Martin Greenberg
25 S. Charles Street, 21st Floor
Baltimore, Maryland 21201
(410) 685-0078