

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

*Judson T. Mihok*
*Assistant United States Attorney*
*Judson.Mihok@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

DIRECT: 410-209-4903
MAIN: 410-209-4800
FAX: 410-962-0716

April 8, 2019

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    <u>United States v. Demetrios Stavrakis</u>, ELH 19 0160

Dear Judge Hollander:

    This letter will serve to memorialize the April 5 conference call in the above-referenced case. The defendant was arrested and arraigned on April 3. The defendant was released on conditions.

    The defendant has demanded a speedy trial exclusive of time typically built into a case of this complexity and magnitude particularly given the volume of discovery to be produced. To this end, the Government sent an email to defense counsel outlining the status of the discovery on April 4, and immediately began processing and copying discovery upon receipt of the executed discovery agreement on April 5. The Government reiterated the voluminous nature of the discovery during the course of the April 5 conference call. To date, we have loaded/processed over 100 gigabytes of data both in pdf and native format.

    The Government is prepared to produce the discovery in routine fashion via disks containing .pdf files of materials that have been scanned as well as information obtained in "native" format (such as phone records and emails). Defense counsel should have that material by the end of the week.

    To assist both parties, the Government has also started the process of loading the same materials into a database known as "Relativity" to make the files searchable. It is a lengthy process and may take approximately one month.

    As indicated during the April 5 call, the investigation is ongoing. A search warrant was executed at the business where the arson occurred the same day the defendant was arrested. As the court is aware, it is not uncommon for a superseding indictment to follow a take-down of a long term white collar case such as this once the Government has had the opportunity to review

the search warrant materials. Moreover, the materials have not yet been scanned, but are available to defense counsel to review upon request.

    The trial is set to commence with jury selection on June 10, with various filing deadlines and hearings in May. The Government anticipates being ready to proceed with the trial in under 70 days as requested by the defendant, however, the Government has some concerns that the defendant will make a continuance motion just before trial citing the volume of discovery about which he is already aware. There is also a concern that this speedy trial demand is an effort to receive early disclosure of *Jencks Act* material not typically provided pursuant to the Office form discovery agreement until a week or two before trial. Nevertheless, the Government respectfully asks this Court for a status call in three (3) weeks to determine counsel's position after they have had an opportunity to assess the volume of the materials.

                                           Very truly yours,

                                           Robert K. Hur
                                           United States Attorney

                                           Judson T. Mihok
                                           Assistant United States Attorney

cc:     Charles Curlett, Esq.
          Steven H. Levin, Esq.