IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. ELH-19-0160 |
| | : | |
| DEMETRIOS STAVRAKIS, | : | |
| Defendant. | : | |

...oOo...

## DEFENDANT'S WAIVER OF JURY TRIAL

The Defendant, Demetrios "Jimmy" Stavrakis, by and through his counsel, Steven H. Levin, Charles N. Curlett, Jr., G. Adam Ruther and Jamar R. Brown, pursuant to Rule 23 of the Federal Rules of Criminal Procedure, respectfully waives a jury trial in this case.

Respectfully submitted,

/s/
Steven H. Levin (Fed Bar #28750)
Charles N. Curlett (Fed Bar #28246)
G. Adam Ruther (Fed Bar #30183)
Jamar R. Brown (Fed Bar #19522)
Rosenberg Martin Greenberg, LLP
25 S. Charles St. 21st Floor
Baltimore MD 21201
Phone: (410) 727-6600
slevin@rosenbergmartin.com
ccurlett@rosenbergmartin.com
aruther@rosenbergmartin.com
jbrown@rosenbergmartin.com

## CERTIFICATE OF SERVICE

The foregoing Motion was served upon all counsel entitled to service this 1st day of May, 2019 by electronic filing through this Court's ECF system.

_____/s/_____
Steven H. Levin