

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Judson T. Mihok*  *Suite 400*  DIRECT: 410-209-4903
*Assistant U.S. Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Judson.Mihok@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0716

May 12, 2019

**VIA ECF**

The Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    <u>United States v. Demetrios Stavrakis</u>, ELH 19 0160

Dear Judge Hollander:

    On Friday, May 10th, a Superseding Indictment was filed. The Government contacted the Defense Attorneys to inquire about an initial appearance/arraignment. The Defense Attorneys advised that it was their preference to have the initial appearance/arraignment on the date and time presently set for the motions hearing, May 30, 2019, at 11 a.m.

    Therefore, the Government respectfully requests that the initial appearance/arraignment on the Superseding Indictment proceed on May 30, 2019. In addition, this letter shall constitute the Defendant's written waiver of the thirty-day requirement under 18 U.S.C. §3161(c)(2).

    Very truly yours,

    Robert K. Hur
    United States Attorney

        //s//
    Paul E. Budlow
    Judson T. Mihok
    Assistant United States Attorneys

cc:    Charles Curlett, Esq.
        Steven H. Levin, Esq.