

Steven H. Levin
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201-3305
T: 410.727.6600 | F: 410.727.1115
slevin@rosenbergmartin.com

May 14, 2019

**<u>VIA ELECTRONIC MAIL</u>**

Judson T. Mihok, Esq.
Paul E. Budlow, Esq.
United States Attorney's Office
36 South Charles Street, Suite 400
Baltimore, MD 21201

        Re:   *United States v. Demetrious Stavrakis*
              Crim. No. ELH-19-0160 (D. Md.)

Dear Mr. Mihok and Mr. Budlow:

Pursuant to Fed. R. Crim. P. 12.1(a)(1)-(2), this letter serves as Defendant Demetrious Stavrakis's notice of alibi witnesses. As I believe you are already aware, Mr. Stavrakis maintains that he was at his home at the time of the fire at 234 S. Haven Street. That alibi defense may be established or corroborated by the testimony of the following witnesses:

    Georgia Stavrakis

    Maria Stavrakis

    Katerina Stavrakis

    Konstantinos Stavrakis

    Antonia Stavrakis

Any government witnesses who may testify as to the cellphone-tower locations of Mr. Stavrakis or any of these witnesses for the relevant period of time.

Although we understand that you are already in possession of the relevant contact information for these witnesses, you may also contact them through me, and I will make them available to you.

Also, we request that pursuant to Fed. R. Crim. P. 12.1(a)(2), you please disclose in writing to the undersigned counsel the following:

    (i) the name of each witness—and the address and telephone number of each witness other than a victim—that the government intends to rely on to establish that Mr. Stavrakis was present at the scene of the alleged offense; and

    (ii) each government rebuttal witness to Mr. Stavrakis's alibi defense.

Judson T. Mihok, Esquire
Paul E. Budlow, Esquire
May 14, 2019
Page 2

                                              Very truly yours,

                                              /s/

                                              Steven Levin

cc:     All parties via ECF filing

4826-6383-0934, v. 2

286113.01