IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No. 1:19-cr-00160-ELH |
| DEMETRIOS STAVRAKIS | * | |

oOo

## DEFENDANT'S REPONSE TO GOVERNMENT'S MOTION FOR MONEY JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE

Subject to the Court's decision on the pending motion under Rules 29 and 33, Mr. Stavrakis does not contest the Government's Motion for Money Judgment and Preliminary Order of Forfeiture (ECF 239). The defense concurs with the government's proposal in footnote 3 of its motion that if "the specific properties are later finally forfeited in this case, then [] the Court either (1) reduce the imposed money judgment amount or (2) credit the net proceeds of liquidation of any finally forfeited assets against the outstanding money judgment amount."

WHEREFORE, should this matter proceed to sentencing, Mr. Stavrakis does not contest the Government's request that this Court issue a $15,081,435.24 Money Judgment and a Preliminary Order of Forfeiture for the Subject Property identified.

Respectfully submitted,

*/s/ Charles N. Curlett, Jr.*
Charles N. Curlett, Jr.
Steven H. Levin
G. Adam Ruther
Rosenberg Martin Greenberg, LLP
25 S. Charles St., 21st Floor
Baltimore, Maryland 21201
Tel: 410-685-0008
ccurlett@rosenbergmartin.com

*Counsel for Demetrios Stavrakis*