IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,
    *Plaintiff,*

v.

DEMETRIOS STAVRAKIS,        Criminal No. 19-CR-00160-ELH-1
    *Defendant.*
_____/

## **MOTION FOR ADMISSION PRO HAC VICE**

Consistent with the Court's directive during yesterday's telephone conference, defendant, through attorney Ivan Bates (a member of the bar of this Court), moves for an Order permitting attorney Howard Srebnick to appear pro hac vice as counsel for defendant in post-trial proceedings. In support of the motion, defendant states:

1. Mr. Srebnick' legal education, work experience and bar memberships are summarized here:

    Georgetown University Law Center (J.D. 1989, *magna cum laude*)
- Order of the Coif
- Associate Editor, *American Criminal Law Review*

    Law Clerk to Judge Edward Davis, S.D. Florida (1990-91)

    Law Clerk to Judge Irving Goldberg, U.S. Court of Appeals for the Fifth Circuit (1991-92)

    Assistant Federal Public Defender, Miami (1992-95)

    Black, Srebnick, Kornspan & Stumpf, P.A. (1995-present)

    Adjunct Professor, University of Miami School of Law (since 1999)

- "Criminal Prosecutions and Defense Lawyering Workshop: Situational Ethics in the Adversarial System of Justice"

  Member in good standing of the following bars, among others:

- State of Florida
- State of California (inactive status)
- Supreme Court of the United States
- U.S. Court of Appeals for the Eleventh Circuit
- U.S. District Court for the Southern District of Florida
- U.S. District Court for the District of Puerto Rico

2. Mr. Srebnick has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

3. Mr. Srebnick is familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure. Mr. Srebnick will familiarize himself with Maryland Attorneys' Rules of Professional Conduct and the Local Rules of this Court and understands that he shall be subject to the disciplinary jurisdiction of this Court.

4. Mr. Srebnick understands that admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court. Mr. Srebnick has never before appeared pro hac vice in this Court.

5. Mr. Bates is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

6. The $100.00 fee for admission pro hac vice accompanies this motion.

7.  We certify under penalties of perjury that the foregoing statements are true and correct.

          Respectfully submitted,

          **BLACK, SREBNICK, KORNSPAN & STUMPF, P.A.**
          201 South Biscayne Boulevard, Suite 1300
          Miami, FL 33131
          Tel: (305) 371-6421

          By:    /s/ *Howard Srebnick*
                 **HOWARD SREBNICK**
                 Fla. Bar No. 919063
                 HSrebnick@RoyBlack.com

          **BATES & GARCIA, P.C.**
          201 North Charles Street,  Suite1900
          Baltimore, MD 21201
          410-814-4600

          By:    /s/ *Ivan Bates*
                 **IVAN BATES**