

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

Judson T. Mihok
Assistant United States Attorney
Judson.Mihok@usdoj.gov

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT 410-209-4903
MAIN 410-209-4800
FAX 410-962-0716

April 30, 2020

The Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:   United States v. Demetrios Stavrakis, ELH 19 0160

Dear Judge Hollander:

The parties have agreed to extend the date by which the Defendant is to report to the Bureau of Prisons to begin serving his sentence from May 27, 2020, to June 26, 2020.[1] We respectfully request that the Court grant the proposed extension.

Very truly yours,

Robert K. Hur
United States Attorney

Paul E. Budlow
Judson T. Mihok
Assistant United States Attorneys

cc:   Howard Srebnick, Esq.
      Benjamin Waxman, Esq.

---

[1] On February 21, 2020, the BOP designated the Defendant (Reg. No. 64658-037) to serve his sentence at FCI Allenwood. While the designated facility is subject to change, the Government notes it here.