**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

June 23, 2020

LETTER TO COUNSEL

    Re:   *United States of America v. Demetrious Stavrakis*
            Criminal No.:  ELH-19-0160

Dear Counsel:

    At approximately 11:10 p.m. on Monday, June 22, 2020, defense counsel filed a 16 page "Time-Sensitive Motion to Postpone Surrender" (the "Motion") on behalf of defendant Demetrios Stavrakis. Mr. Stavrakis is currently required to surrender to the Allenwood, Pennsylvania, FCI Low Prison on Friday, June 26, 2020.

    The defense has known for some time of the surrender date. Indeed, by Order of April 30, 2020 (ECF 281) ―almost two months ago ― the Court extended the defendant's surrender date to June 26, 2020. To be sure, the Motion includes some recent developments. But, the Motion also includes grounds that have been known for weeks.

    The Court must now ask the government to turn its immediate attention to this Motion, so that the Court will be able to consider the government's response. The government shall respond to the Motion by **2:00 p.m. on June 24, 2020**.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                  Sincerely,

                                                  /s/
                                                Ellen Lipton Hollander
                                                United States District Judge