**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DEMETRIOS STAVRAKIS** | **CASE NO:  ELH-19-0160** |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S**
**MOTION TO FURTHER POSTPONE SURRENDER**

The United States of America files this opposition to Defendant's motion to postpone surrender, which would effectively be the sixth such extension.

The Court's current Order, filed September 2, 2020, directed the Defendant to "report to the designated BOP facility by **2:00 p.m. on September 30, 2020**." ECF 329 (emphasis in original).

Regarding this most recent request, the Defendant attached a letter from Dr. Collector dated September 15, 2020, which effectively reiterated previously raised concerns. The Government has shared the letter with the BOP, and the BOP has confirmed that the letter does not alter the Defendant's designation--he remains designated to FCI Texarkana. Further, the letter does not alter the BOP's assessment that the Defendant met Care Level 2 criteria and that his medical care can be managed at FCI Texarkana.

As the Government pointed out in previous filings (all of which the Government incorporates here by reference), this particular area of Texas is remote and not the epicenter of COVID-19 cases. As of September 22, 2020, the BOP website contained the following information regarding FCI Texarkana, maintaining very low numbers:

| Facility | Inmates Positive ▼ | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | State |
|---|---|---|---|---|---|---|---|---|
| Texarkana FCI | 3 | 6 | 0 | 0 | 1 | 3 | Texarkana | TX |

As the Defendant pointed out in his latest motion to this Court, he has sought review of this Court's denial of his motion to remain released pending adjudication of the appeal. That motion was supplemented with the same letter from Dr. Collector. The Government filed a lengthy response. The matter remains under review. The Government respectfully requests that this Court abide by its prior order, and defer to the Fourth Circuit regarding extending the Defendant's date to report to the BOP designated facility and begin serving his sentence.

For all of the reasons stated above, the Government respectfully requests that the Court deny the Defendant's motion, and retain the presently imposed Order requiring the Defendant to report to his BOP designated facility by 2 p.m. on September 30th.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /ss/ _____
Paul E. Budlow
Judson T. Mihok
Assistant United States Attorneys