UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

CRIM NO. ELH-19-00160

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DEMETRIOS STAVRAKIS,

    Defendant.
_____/

**DEFENDANT STAVRAKIS' NOTICE OF FILING PROPOSED ORDER**

Mr. Stavrakis, through counsel, pursuant to this Court's request, files the attached Proposed Order on his Emergency Motion for Compassionate Release, Temporary Release Pending Appeal, or a Brief Medical Furlough.

    Respectfully submitted,

    **BLACK SREBNICK, P.A.**
    HOWARD SREBNICK, ESQ.
    BENJAMIN S. WAXMAN, ESQ.
    201 S. Biscayne Blvd., Suite 1300
    Miami, Florida 33131
    Telephone: (305) 371-6421

BY:  /s/ *Benjamin S. Waxman*
    BENJAMIN S. WAXMAN
    U.S.D.C. Md. Bar No. 813679
    Email: BWaxman@RoyBlack.com

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on January 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Benjamin S. Waxman*
BENJAMIN S. WAXMAN