

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Paul E. Budlow* | *Suite 400* | *DIRECT: 410-209-4917* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Paul.Budlow@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-3091* |

November 13, 2023

Honorable Ellen L. Hollander
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

      Re:    United States v. Demetrios Stavrakis
              Case #:  ELH-19-0160
              Related Civil Action:  LEH-23-2058
              <u>Request for Extension to File Opposition to Motion to Vacate</u>

Dear Judge Hollander:

      I write to request 60 days from today's date to file a response to the defendant's motion for compassionate release (ECF 399).  On September 12, 2023, the Court ordered the government to respond to the defendant's pro se motion by November 13, 2023 (ECF 412).  Although I was in the middle of a lengthy trial at the time, I had still hoped to respond to the defendant's motion by November 13, 2023.  Following the conclusion of the trial however, numerous unrelated cases and investigations have prevented me from filing the response.  Therefore the government respectfully requests permission to file its response by January 12, 2024, an additional 60 days.

      Thank you for your consideration of this request.

                                            Respectfully submitted,

                                            Erek L. Barron
                                            United States Attorney

                              By: _____
                                            Paul E. Budlow
                                            Assistant United States Attorney

Cc:     Demetrios Stavrakis, Defendant