

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*
*Assistant United States Attorney*
*Paul.Budlow@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4917*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

November 13, 2023

*Approved.*
*ELH*
*USDJ*
*11/13/23*
*cc to M. Stavrakis*

Honorable Ellen L. Hollander
United States District Judge
District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

    Re:    United States v. Demetrios Stavrakis
           Case #: ELH-19-0160
           Related Civil Action: LEH-23-2058
           <u>Request for Extension to File Opposition to Motion to Vacate</u>

Dear Judge Hollander:

    I write to request 60 days from today's date to file a response to the defendant's motion for compassionate release (ECF 399). On September 12, 2023, the Court ordered the government to respond to the defendant's pro se motion by November 13, 2023 (ECF 412). Although I was in the middle of a lengthy trial at the time, I had still hoped to respond to the defendant's motion by November 13, 2023. Following the conclusion of the trial however, numerous unrelated cases and investigations have prevented me from filing the response. Therefore the government respectfully requests permission to file its response by January 12, 2024, an additional 60 days.

    Thank you for your consideration of this request.

                                             Respectfully submitted,

                                             Erek L. Barron
                                             United States Attorney

                                By: _____
                                             Paul E. Budlow
                                             Assistant United States Attorney

Cc:    Demetrios Stavrakis, Defendant